NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE MICHAEL SHARP**

---

2010-1148
(SERIAL NO. 78/765,022)

---

Appeal from the United States Patent and Trademark
Office, Trademark Trial and Appeal Board.

---

**JUDGMENT**

---

JOHN S. EGBERT, Egbert Law Offices, of Houston,
Texas, argued for appellant. With him on the brief was
KEVIN S. WILSON.

THOMAS V. SHAW, Associate Solicitor, Office of the
Solicitor, United States Patent and Trademark Office, of
Arlington, Virginia, argued for the Director of the United
States Patent and Trademark Office. With him on the
brief were RAYMOND T. CHEN, Solicitor, and BENJAMIN D.
M. WOOD, Associate Solicitor.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LINN, CLEVENGER, and PROST, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 13, 2010      /s/ Jan Horbaly
Date                Jan Horbaly
                  Clerk